UNITED STATES DISTRICT COURT
DISTRICT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAPST LICENSING GmbH & Co. KG<br>Plaintiff,<br><br>v.<br><br>NIKON CORPORATION, NIKON AMERICAS, INC. and NIKON, INC.<br>Defendants | Civil Action No. 08cv2510 |

LOCAL RULE 3.4
NOTICE OF CLAIMS INVOLVING PATENTS

Plaintiff, Papst Licensing GmbH & Co. KG ("Papst Licensing"), by its undersigned counsel, hereby submits the following Notice of Claims Involving Patents.

*Pursuant to Rule 35 U.S.C. 209*:

I. **Parties**:

Plaintiff, Papst Licensing is headquartered at Bahnfostrasse 33, 78112 St. Georgen, Germany.

Defendant, Nikon Corporation is headquartered at Fuji Bldg., 2-3, Marunouchi 3-chome, Chiyoda-Ku, Tokyo, Japan 100-8331.

Defendant Nikon Americas Corporation is at 1300 Walt Whitman Road, Melville, NY 11747.

Defendant Nikon, Inc. is registered to do business in Illinois, and maintains a branch at 8120 Lehigh Avenue, Morton Grove, Illinois 60053 and is headquartered at 1300 Walt Whitman Road, Melville, NY 11747.

II.     <u>Patents</u>:

United States Patent No. 6,470,399 B1 duly and legally issued on October 22, 2002.

United States Patent No. 6,895,449 B2 duly and legally issued on May 17, 2005.

/s/ John L. Ambrogi
Jerold B. Schnayer (2495538)
James P. White (3001032)
John L. Ambrogi (6203626)
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois  60606
 (312) 655-1500

*Counsel for PAPST LICENSING GmbH & Co. KG*

May 8, 2008