IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAPST LICENSING GmbH & Co. KG, | § § | |
| Plaintiff, | § § | Civil Action No. 08-cv-2510 |
| v. | § § | Judge Der-Yeghiayan |
| NIKON CORPORATION, NIKON AMERICAS INC. and NIKON INC., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## CORPORATE DISCLOSURE STATEMENT OF NIKON INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Nikon Inc. states as follows: Nikon Americas Inc. owns more than 5% of Nikon Inc., Nikon Corporation owns more than 5% of Nikon Americas Inc., and The Master Trust Bank of Japan, Ltd., Trust Account; Japan Trustee Services Bank, Ltd., Trust Account and Meiji Yasuda Life Insurance Company each own more than 5% of Nikon Corporation.

Dated: May 27, 2008

Respectfully submitted,

/s/   Marc S. Blackman
David L. Witcoff
Illinois State Bar No. 6183629
dlwitcoff@jonesday.com
Marc S. Blackman
Illinois State Bar No. 6236719
msblackman@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1692
Telephone:  312-782-3939
Facsimile:  312-782-8585

**ATTORNEYS FOR DEFENDANT NIKON INC.**

CHI-1650437v1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

> James P. White
> Jerold B. Schnayer
> John L. Ambrogi
> Welsh & Katz, Ltd.
> 120 South Riverside Plaza
> 22nd Floor
> Chicago, Illinois 60606

> s/ Marc S. Blackman
> One of the Attorneys for Defendant Nikon Inc.