# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number: 08 cv 2510

PAPST LICENSING GmbH & Co. KG
                    v.
NIKON CORPORATION, NIKON AMERICAS INC.
and NIKON INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nikon Corporation, Defendant

| |
|---|
| NAME (Type or print)<br>David L. Witcoff |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  David L. Witcoff |
| FIRM<br>Jones Day |
| STREET ADDRESS<br>77 W Wacker Drive |
| CITY/STATE/ZIP<br>Chicago, IL 60601-1692 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6183629 | TELEPHONE NUMBER<br>312-269-4259 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐