**FILED**

JUN 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 2 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 9 2008

FILED
CLERK'S OFFICE

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By _____
Deputy Clerk

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: PAPST LICENSING DIGITAL CAMERA
PATENT LITIGATION

Papst Licensing GmbH & Co. KG v. Nikon Corp., et al.,
N.D. Illinois, C.A. No. 1:08-2510

)
)  MDL No. 1880
)

**CONDITIONAL TRANSFER ORDER (CTO-3)** 08C 2510

On November 5, 2007, the Panel transferred three civil actions to the United States District Court
for the District of District of Columbia for coordinated or consolidated pretrial proceedings pursuant
to 28 U.S.C. § 1407.  *See* 528 F.Supp.2d 1357 (J.P.M.L. 2007).  Since that time, two additional
actions have been transferred to the District of District of Columbia.  With the consent of that court,
all such actions have been assigned to the Honorable Rosemary M. Collyer.

It appears that the action on this conditional transfer order involves questions of fact that are
common to the actions previously transferred to the District of District of Columbia and assigned
to Judge Collyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199
F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of
District of Columbia for the reasons stated in the order of November 5, 2007, and, with the consent
of that court, assigned to the Honorable Rosemary M. Collyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the District of District of Columbia.  The transmittal of this order to said Clerk
shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk
of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

MAY 2 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

BY _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: JUN 5 2008