

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**                                                    **OFFICE OF THE CLERK**
**CLERK**                                                                 **Telephone: (312) 435-5698**

**June 6, 2008**

Ms. Nancy Mayer-Whittington, Clerk
United States District Court
1130 East Barrett Prettyman US Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

       RE: MDL-1880: Papst Licensing Digital Camera Patent Litigation
          U.S. District Court, N.D. IL, Eastern Div., Case No. 08-CV-2510
          <u>Papst Licensing GmbH & Co. KG, Vs. Nikon Corp., et al.</u>

Dear Clerk:

Pursuant to the order of entered by the Judicial Panel on Multidistrict Litigation on May 28, 2008, the above cited record :

■    was electronically transmitted to the US District Court for the District of Columbia.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                    Sincerely yours,

                                    Michael W. Dobbins, Clerk


                                  /s/ Angela Revis,
                                  Deputy Clerk

Att.

New Case No. _____      Date _____